UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

VERNA ROBINSON,                         JUDGMENT IN A CIVIL CASE
TERRYNCE ROBINSON,

    Plaintiffs,

vs.


STONE, HIGGS & DREXLER, P.C.,           CASE NO: 19-1125-STA-jay

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED that in accordance with the Notice of Voluntary Dismissal entered on July 24, 2019, this cause is hereby DISMISSED with prejudice.**




                                        APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/30/2019                 THOMAS M. GOULD
                                Clerk of Court


                                    s/Maurice B. BRYSON

                                (By)  Deputy Clerk